HORACE R. JEROME *versus* CHRISTOPHER BARTLETT.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion to dissolve injunction *p. 126; (2) motion for attachment for breach of injunction *p. 128.

PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) bond for injunction; (3) writ of subpoena and return; (4) answer; (5) motion to dissolve injunction; (6) motion for attachment; (7) affidavit of Robert Farrington, Jr.; (8) affidavits of Horace R. Jerome and John Algo.

*Chancery Case* 226 of 1836.